ALFRED D. ELSWORTH, Appellant, v. KATHRYN ELSWORTH, Respondent. (Action No. 2.) — Order directing payment of counsel fee and expenses incurred in behalf of defendant in the action, affirmed, without costs. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

ALEXANDER GASTIGER, Respondent, v. ISAAC HOROWITZ, Appellant.— Judgment and order denying motion to set aside verdict* unanimously affirmed, without costs, pursuant to Civil Practice Act, section 106, upon authority of Gastiger v. Horowitz [ante, p. 284], decided herewith. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

NATHAN GINSBURG, Plaintiff, v. CHARLES J. PINTEL and LOUIS BILOWITZ, Defendants.— Judgment directed for defendants, without costs, upon agreed statement of facts. From the decision of this court heretofore rendered, that the present case is not a proper one for a lis pendens, it necessarily follows that a lien could not be impressed upon the property in question as the result of the action, for, if this were possible, the lis pendens would be proper. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

AARON GROSS, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Order of the City Court of New Rochelle denying defendant's motion to open default and vacate judgment, reversed upon the law and the facts, without costs, and motion granted, without costs. The affidavits presented by defendant clearly entitle it to the relief sought, no affidavit being filed in opposition thereto. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

MYRON H. LEWIS, Respondent, v. DAVID H. EDELSOHN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ALBERT T. MAURICE, Respondent, v. BURRILL RUSKAY and EUGENE GREENHUT, Appellants, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

LEON V. O'REILLY, Respondent, v. PENNSYLVANIA TEXTILE MILLS, INCORPORATED, Appellant.— Order denying defendant's motion to modify notice of examination modified by striking from said notice items 11 to 18, inclusive, and as so modified affirmed, without costs. Plaintiff claims there was no surrender and acceptance. Therefore, examination under items 11 to 18 is not sought to avoid the surrender and acceptance. It is only for such purpose that an examination by plaintiff as to such defense may be had. (Oshinsky v. Gumberg, 188 App. Div. 23.) Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.